IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LOGWOOD,<br><br>Defendant. | **Case No.:** CR 17-0159 VC (NV)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER MODIFYING CONDITIONS**<br>**OF PRETRIAL RELEASE**<br><br>**Honorable Nandor Vadas** |

With the concurrence of Pretrial Services Officer Nelson Barao, the parties stipulate and jointly request that the conditions of pretrial release for Defendant Joseph Logwood be amended as follows: (1) Mr. Logwood may take his son to the park on Sundays from 10:00 a.m to 2:00 p.m.; and (2) Mr. Logwood may attend his son's graduation on June 21, 2017, from 8:00 a.m. to 12:00 p.m. All other conditions to remain the same.

IT IS SO STIPULATED.

| June 9, 2017 | BRIAN J. STRETCH |
| Dated | United States Attorney |
| | Northern District of California |

/S
KAREN KREUZKAMP
Assistant United States Attorney

| June 9, 2017 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

June 12, 2017
Dated

LAUREL BEELER
United States Magistrate Judge