SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorney for Defendant
JOSEPH MICHAEL LOGWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 17-0159 VC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO |
| ) | ALLOW DEFENDANT JOSEPH LOGWOOD TO |
| v. ) | ATTEND HIS SON'S BIRTHDAY PARTY ON |
| ) | AUGUST 26, 2017 |
| JOSEPH MICHAEL LOGWOOD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

1. Defendant Joseph Logwood is currently on pretrial release on the condition of electronic monitoring, with all reasons for leaving his home being subject to Court approval (work, medical, legal, and such).

2. This Court previously approved Mr. Logwood to leave the house on Sundays from 10:00 a.m. to 2:00 p.m. to go to the park with his son.

3. Joseph Logwood's son's sixth birthday party is scheduled for Saturday, August 26, 2017 from 2:00 p.m. to 4:00 p.m. at a venue in Hayward, the location of which (along with the receipt provided by their child's mother from the birthday party venue) has been given to U.S. Pretrial Services and undersigned government counsel by undersigned defense counsel.

4. At defense counsel's request, the undersigned parties stipulate in the request for a proposed order

allowing defendant Joseph Logwood to leave his home in Oakland from 12:30 p.m. to 5:30 p.m. on Saturday, August 26, 2017, in order to allow Mr. Logwood to attend his son's party and to allow for time to set up and take down the party, as well as for travel time.

5. The defense submits to the Court that this birthday party is very important to Mr. Logwood, as sentencing in this matter is set for October 24, 2017 and the parties agree that the sentencing guidelines in this case result in a calculation of 46-57 months in custody.

IT IS SO STIPULATED.

Dated: August 24, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

Dated: August 24, 2017

/s/            `
SHAWN HALBERT
Counsel for Joseph Michael Logwood

## [~~PROPOSED~~] ORDER

For good cause shown, the Court HEREBY ORDERS that Joseph Logwood shall be permitted to leave his home from 12:30 p.m. to 5:30 p.m. on Saturday, August 26, 2017, for the purpose of attending his son's birthday party in Hayward, California.

IT IS SO ORDERED.

DATED: August 24, 2017

HONORABLE NANDOR VADAS
United States Magistrate Judge