BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7014
   FAX: (415) 436-7234
   Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JOSEPH MICHAEL LOGWOOD,<br><br>   Defendant. | NO. CR 17-0159 EMC<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER RESETTING SENTENCING DATE** |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RONALD GLENN JONES,<br><br>   Defendant. | NO. CR 11-00541 EMC |

STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING
CR 17-0159 EMC

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) NO. CR-17-0344 EMC | |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | RONALD GLENN JONES, ) | |
| 5 | Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED by the government and defendant Joseph Michael Logwood, through undersigned counsel, that:

1. Mr. Logwood pled guilty pursuant to a written plea agreement on April 25, 2017 with sentencing set for August 1, 2017. *See* Dkts. 15 and 16. The Honorable Vince Chhabria subsequently moved sentencing to August 29, 2017. Dkt. 17.

2. Mr. Logwood's initial counsel became aware of a conflict and the Honorable Sallie Kim appointed Ms. Halbert to serve as Mr. Logwood's counsel on July 27, 2017. Dkt. 20. To allow Ms. Halbert time to learn the case, the Honorable Vince Chhabria reset the sentencing date to October 24, 2017. Dkt. 24.

3. On September 12, 2017, the Honorable Edward Chen related Mr. Logwood's case to the cases pending before Ronald Glenn Jones. Dkt. 30. The Order relating the cases vacated all hearings then scheduled in the reassigned case and instructed that all such hearings be re-noticed before Judge Chen. *Id*.

4. Therefore, the government and Mr. Logwood request that Mr. Logwood's sentencing be set for November 8, 2017 at 2:30 p.m. This proposed date is acceptable to the U.S. Probation Officer.

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING
CR 17-0159 EMC

IT IS SO STIPULATED.

|   |   |
|---|---|
| Dated: September 19, 2017 | BRIAN J. STRETCH<br>United States Attorney<br><br>/s/<br>KAREN KREUZKAMP<br>Assistant United States Attorney |
| Dated: September 19, 2017 | /s/<br>SHAWN HALBERT<br>Counsel for Defendant Logwood |

## [PROPOSED] ORDER

Based on the above-described Stipulation, THE COURT ORDERS that the government and Joseph Michael Logwood shall appear before the Court on Wednesday, November 8, 2017 at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

DATED: 9/22/2017

_____
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING
CR 17-0159 EMC