BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-0159 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE** |
| JOSEPH MICHAEL LOGWOOD, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-00541 EMC |
| Plaintiff, | |
| v. | |
| RONALD GLENN JONES, | |
| Defendant. | |

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-17-0344 EMC |
| Plaintiff, | ) | |
| v. | ) | |
| RONALD GLENN JONES, | ) | |
| Defendant. | ) | |

With the agreement of the parties and the U.S. Probation Officer, and with the consent of the defendant, the Court enters this order vacating the currently scheduled sentencing date of November 8, 2017, at 2:30 p.m. and re-setting the sentencing date for November 15, 2017 at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently out of custody.
2. This matter is currently set for sentencing on November 8, 2017.
3. Accordingly, and with the consent of the defendant, the Court:
    (1) sets a sentencing date of November 15, 2017, at 2:30 p.m.; and
    (2) vacates the currently-scheduled sentencing date of November 8, 2017.

IT IS SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

/s/

Dated: September 29, 2017

KAREN KREUZKAMP
Assistant United States Attorney

/s/

Dated: September 29, 2017

SHAWN HALBERT
Counsel for Defendant Logwood

//

//

STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING
CR 17-0159 EMC

# [PROPOSED] ORDER

Based on the above-described Stipulation, THE COURT ORDERS that the government and Joseph Michael Logwood shall appear before the Court on Wednesday, November 15, 2017 at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

DATED: October 3, 2017 _____
HON. EDWARD M. CHEN
United States District Judge

