ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Facsimile:  (415) 436-6748
    Raven.Norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH MICHAEL LOGWOOD, <br><br> Defendant. | CASE NO. CR 17-0159 EMC <br><br> **STIPULATION AND REQUEST FOR ORDER TO TURNOVER SEIZED FUNDS FOR PAYMENT OF DEFENDANT'S RESTITUTION OBLIGATION** |

Plaintiff United States of America ("Plaintiff") and Defendant Joseph Michael Logwood ("Defendant") enter into this stipulation based on the following facts:

**RECITALS**

A. Defendant is indebted to the United States in the original amount of $25,671 arising out of a Judgment in a Criminal Case (the "Judgment") entered on November 20, 2017, in the United States District Court for the Northern District of California in the above-captioned matter.

B. As of the date of this stipulation, Defendant has not made any payments toward the obligations imposed upon him as a result of the criminal conduct for which he was convicted. As of

March 14, 2018, Defendant has an unpaid balance of approximately $ 25,671 on the debt.

    C.    On March 13, 2017, pursuant to a search warrant, the Federal Bureau of Investigation ("FBI") seized funds from the Defendant's apartment in the amount of One Thousand Nine Hundred and Twenty Six Dollars($1926).

    D.    Defendant owns or has a substantial interest in the funds seized by the FBI.

    E.    The seized funds are currently in the possession of the FBI.

    F.    Plaintiff maintains that the funds being held by the FBI in which Defendant has a substantial interest are subject to the Government's continuing interest in the satisfaction of the judgment entered against Defendant pursuant to 18 U.S.C. § 3613 (a), (f) and § 3664 (m)(1)(A)(ii).

    G.    The parties have agreed that a portion of the funds being held by the FBI should be applied to Defendant's outstanding criminal monetary penalties and the remaining funds shall be returned to Defendant.

Based on the foregoing recitals, the parties stipulate and agree that:

## STIPULATION

1. Funds in the amount of Nine Hundred and Sixty-Three Dollars ($963.00), belonging to Defendant, and currently in the possession of the FBI, will be turned over for payment of the outstanding restitution obligation imposed against Defendant.

2. The remaining funds in the amount of Nine Hundred and Sixty-Three Dollars ($963.00), belonging to Defendant, and in the possession of the FBI, will be returned to the Defendant, care of his wife Samantha Vivero.

3. The Court may order the FBI to turn over the aforementioned funds in the amount of $963.00 to Clerk of the Court for payment of Defendant's outstanding criminal monetary penalties. Said funds will be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

**<u>SO STIPULATED</u>**

| | |
|---|---|
| Dated: March 21, 2018 | s/ Shawn Halbert<br>SHAWN HALBERT<br>Attorney for Defendant<br>Joseph Michael Logwood |
| Dated: March 21, 2018 | ALEX G. TSE<br>Acting United States Attorney<br><br>/s/ Raven M. Norris<br>RAVEN M. NORRIS[1]<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# [PROPOSED] ORDER

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. Funds in the amount of Nine Hundred and Sixty-Three Dollars ($963.00), belonging to Defendant Joseph Michael Logwood, and held by the Federal Bureau of Investigation be turned over to the Clerk of the Court for payment of the outstanding criminal monetary penalties imposed against Defendant. Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

3. Funds in the amount of Nine Hundred and Sixty-Three Dollars ($963.00), belonging to Defendant Joseph Michael Logwood, and held by the Federal Bureau of Investigation shall be returned to Defendant care of his wife, Samantha Vivero.

**IT IS SO ORDERED**.

Dated: 3/21/18

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] In accordance with Local Rule 5-1(i)(3), I certify that the content of the Stipulation is acceptable to counsel for Defendant and that I have obtained authorization from Shawn Halbert to affix her electronic signature to this document